UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:23-cr-00457 |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| MARVELL ROACH, | ) |  |
| Defendant. | ) |  |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge James E. Grimes, Jr. regarding the change of plea hearing of Marvell Roach which was referred to the Magistrate Judge with the consent of the parties.

On August 23, 2023, the Government filed a 37 count multi-defendant Indictment, charging Defendant Marvell Roach with the following: Count 1 – Conspiracy to Engage in the Business of Importing, Manufacturing, or Dealing in Firearms Without a Licensee, in violation of Title 18 U.S.C. § 371; Count 8 – Conspiracy to Engage in Firearms Trafficking, in violation of Title 18 U.S.C. § 933(a)(1) and (3); Count 12 — Trafficking in Firearms, in violation of Title 18 U.S.C. § 933(a)(1) and 2; and Count 23 — Felon in Possession of a Firearm, in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(8).  Defendant Marvell Roach was arraigned on August 31, 2023, during which he entered a plea of not guilty to the charges. On April 17, 2024, Magistrate Judge James E. Grimes, Jr. received Defendant Marvell Roach's plea of guilty to Count 23 of the Indictment, with a written plea agreement, and issued the R&R, concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On *de novo* review of the record, the Magistrate Judges R&R is adopted. Defendant Marvell Roach is found to be competent to enter a plea and to understand his constitutional rights.  He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Marvell Roach is adjudged guilty of Count 23 of the Indictment, with Possession of a Firearm and/or Ammunition by Convicted Felon, in violation of Title 18 U.S.C. § 922(g)(1). On April 17, 2024, the Court scheduled sentencing to take place on August 5, 2024, at 2:15 p.m. in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio and this matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report. Sentencing will proceed as scheduled.

IT IS SO ORDERED.

*s/David A. Ruiz*     8/1/2024
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE